FILED
AUG 31 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
        DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAVID ANDRADE, Individually and on behalf of Others Similarly Situated<br>　　　Plaintiff,<br><br>VS.<br><br>SYSTEM CONTROLS AND INSTRUMENTATION, LTD., GARY STODDARD, LINDA STODDARD, and BOB KID,<br>　　　Defendants. | CIVIL ACTION NO.<br><br>11-CV-00620-OG |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR MORE DEFINITE STATEMENT

On this date came on to be considered the Unopposed Motion for More Definite Statement (Dkt # 3) of Defendants SYSTEM CONTROLS AND INSTRUMENTATION, LTD., GARY STODDARD, LINDA STODDARD, and BOB KID. The Court, after considering the motion, the Plaintiff's response, and the Plaintiff's live complaint (Dkt #1), finds that said motion should be and is hereby GRANTED.

IT IS FURTHER ORDERED that pursuant to Fed. R. Civ. P. 12(a)(4)(B) and 12(e), Plaintiff shall file an amended complaint containing a more definite statement of the claims it seeks to assert against Defendants, and their alleged factual basis, within 14 days of the entry of this order. Defendants shall file a responsive pleading within 14 days after the more definite statement is served.

Signed this __31__ day of __Aug.__, 2011.

_____
ORLANDO L. GARCIA
United States District Judge