UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DAVID ANDRADE, Individually and on behalf of Others Similarly Situated §§§<br>Plaintiff, § | |
| § | **CIVIL ACTION NO.** |
| VS. § | |
| § | 11-CV-00620-OG |
| SYSTEM CONTROLS AND INSTRUMENTATION, LTD., GARY STODDARD, LINDA STODDARD, and BOB KID, §§§§§<br>Defendants. | |

## ADVISORY TO THE COURT

In Dkt #6, entered on August 31, 2011, this Court issued an order granting Defendants' unopposed motion for more definite statement, Dkt#3, and further ordering Plaintiff to file an amended complaint within 14 days of the entry of the order. Plaintiff was served with the order by the Court's electronic filing system.

To date, Plaintiff has not filed an amended complaint or moved for an extension of time.

Pursuant to Dkt #6, Defendants were ordered to file a responsive pleading within 14 days of the filing of Plaintiff's amended complaint. In light of Plaintiff's failure to file an amended complaint, Defendants will await further orders from this Court and respond as directed.


Dated September 29, 2011.

- 1 -

- 2 -

        Respectfully submitted,

        By:__/s/ William W. Sommers_____
            William W. Sommers
            State Bar No. 18842600
            Elizabeth H. Connally
            State Bar No. 24073635

***ATTORNEYS FOR DEFENDANTS***

Of:    **GARDNER LAW**
745 East Mulberry Avenue, Suite 500
San Antonio, Texas  78212
(210) 733-8191 – Telephone
(210) 738-5538 – Facsimile
wws@tglf.com, ehc@tglf.com - Email

**CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of the foregoing and all attachments and exhibits was served in accordance with the Federal Rules of Civil Procedure, on this 29th day of September 2011, to the following listed counsel of record:

Glenn D. Levy                                 *VIA CM/ECF*
906 W. Basse Road, Suite 100
San Antonio, Texas 78212
Tel. (210) 822-5666
Fax. (210) 822-5650

***ATTORNEY FOR PLAINTIFF***

        /s/ William W. Sommers_____
        William W. Sommers