# EXHIBIT "A"

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **DAVID ANDRADE, Individually and on behalf of Others Similarly Situated,** | § § § § | |
| **Plaintiffs,** | § § | |
| **V.** | § § | **CIVIL ACTION NO. 11-CV-620-OG** |
| **SYSTEM CONTROLS & INSTRUMENTATION, LTD, GARY STODDARD, LINDA STODDARD, and BOB KID, Individually and in their Official Capacity,** | § § § § § § § | |
| **Defendants.** | § § | |

## DECLARATION OF DAVID ANDRADE

1.

My name is David Andrade.  I am of legal age and am otherwise competent to give this declaration.  This declaration is made upon personal knowledge of the matters set forth herein and is given in connection with the prosecution of my claims in the above-captioned matter.

2.

I am a former employee of the defendants in the above-styled and numbered cause.  During my employment with defendants, I began to question the fact that, despite working between 80 and 90 hours per week, I was never paid time and one-half (*i.e.,* overtime) wages for these hours as is required by the Fair Labor Standards Act.

1

3.

On October 25, 2010, I telephoned Bob Kidd, who was one of my employers, and asked Mr. Kidd why I (and numerous other employees) was not being paid overtime wages. Mr. Kidd acknowledged that I should have been paid overtime wages, and told me to contact the Payroll Department. When I contacted the Payroll Department about this failure to be paid overtime, I was told that I would not be receiving any payment to make up for the overtime wages I had been owed. In response, I told Mr. Kidd and Chris Stoddard of the Payroll Department that I would be contacting the Labor Board.

4.

That same day, on October 25, 2010, I telephoned the San Antonio District Office of the United States Department of Labor. The San Antonio District Office acknowledged my complaint on that date and assigned me a complaint control number of WCID: 11586428/LFN: 2010-310-00821. Several weeks after my initial visit to the Department of Labor, I received a written acknowledgment of my complaint, informing me that an investigation would be conducted.

5.

Defendants were made aware of the fact that I would be issuing a complaint to the Department of Labor because I informed Mr. Kidd and Mr. Stoddard as much during our October 25, 2010 conversation. In response, Defendants terminated my employment two days later, on October 27, 2010. I had never been written up by Defendants for any performance related problems prior to my termination, nor was I given any explanation by Defendants for my termination. My only conclusion was that I was terminated from

employment with Defendants because I had voiced complaints about not being paid overtime wages.

6.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.  Executed on January 10, 2012.

DAVID ANDRADE