# EXHIBIT "B"

U. S. Department of Labor        Wage and Hour Division
                                 San Antonio District Office
                                 10127 Morocco, Suite 140
                                 San Antonio, Texas 78216
                                 Phone: (210) 308-4515
                                 FAX: (210) 308-4518



November 15, 2010

Mr. David Andrade
305 Brook Drive, Apt. 4
Castroville, TX 78009

Subject: Systems Controls & Instrumentation Ltd. – LFN: 2010-310-00821/WCID: 1586428

Dear Mr. Andrade:

This acknowledges receipt of the information you furnished us about the firm named above. Your identity will be kept confidential to the maximum extent possible under existing law.

The conditions you describe will be looked into as soon as possible and we will be in touch with you again. The enclosed informational material will explain the Act or Acts which may be applicable in your situation.

You should be aware that the investigation may not be completed for some time. Recovery of back wages under the Fair Labor Standards Act (FLSA) is subject to a statute of limitations. Generally, this means that any part of a back wage claim which was earned more than two years before a court action is filed may not be collectible. Filing a complaint with the Department of Labor does not stop the statute of limitations. For a discussion of your right under the FLSA to institute your own legal proceeding for recovery of unpaid back wages, see the enclosed FLSA.

If you should change your address and/or phone number, you must advise us immediately at the address/phone number listed above.

Sincerely,

Josh Coria
District Director

Enclosure: Handy Reference Guide