UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID ANDRADE, Individually and on behalf of Others Similarly Situated<br>        Plaintiff, | §<br>§<br>§<br>§ | **CIVIL ACTION NO.** |
| VS. | §<br>§ | 11-CV-00620-HLH |
| SYSTEM CONTROLS AND INSTRUMENTATION, LTD., GARY STODDARD, LINDA STODDARD, and BOB KID,<br>        Defendants. | §<br>§<br>§<br>§<br>§ | |

### DEFENDANTS' EMERGENCY MOTION FOR LEAVE TO WITHDRAW DKT #35

Pursuant to Local Rule CV-7, SYSTEM CONTROLS AND INSTRUMENTATION, LTD. ("SCI"), GARY STODDARD, LINDA STODDARD, and BOB KID, Defendants in the above-captioned case, file this their Emergency Motion for Leave to Withdraw Dkt #35 and state as follows:

Defendants move for leave to withdraw Dkt #35 because an attachment to that document was inadvertently filed without appropriate redaction. Defendants are filing a corrected, redacted version concurrently with this motion. Defendants have notified the Clerk's Office and are filing this motion on an expedited basis within one hour of filing Dkt #35 to prevent any improper disclosure.

WHEREFORE, PREMISES CONSIDERED Defendants move for leave to withdraw Dkt #35. A corrected version of that document with redacted attachment is being filed concurrently.

Dated January 17, 2012.                                    Respectfully submitted,

**GARDNER LAW**
745 East Mulberry Avenue, Suite 500
San Antonio, Texas  78212
(210) 733-8191 – Telephone

- 1 -

- 2 -

                (210) 738-5538 – Facsimile
                wws@tglf.com, ehc@tglf.com – Email

             By: /s/ William W. Sommers
               William W. Sommers
               State Bar No. 18842600
               Elizabeth H. Connally*
               State Bar No. 24073635

               *- admitted *pro hac vice*

            *ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

   This is to certify that a true and correct copy of the foregoing and all attachments and exhibits was served in accordance with the Federal Rules of Civil Procedure, on this 17th day of January 2012, to the following listed counsel of record:

Glenn D. Levy                *VIA CM/ECF*
Larry E. Gee
906 W. Basse Road, Suite 100
San Antonio, Texas 78212
Tel. (210) 822-5666
Fax. (210)822-5650

*ATTORNEYS FOR PLAINTIFF*

               /s/ William W. Sommers
               William W. Sommers

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DAVID ANDRADE, Individually and on behalf of Others Similarly Situated<br>        Plaintiff, | §<br>§<br>§<br>§ | **CIVIL ACTION NO.** |
| VS. | §<br>§ | 11-CV-00620-HLH |
| SYSTEM CONTROLS AND INSTRUMENTATION, LTD., GARY STODDARD, LINDA STODDARD, and BOB KID,<br>        Defendants. | §<br>§<br>§<br>§<br>§ | |

### ORDER ON DEFENDANTS' EMERGENCY MOTION FOR LEAVE TO WITHDRAW DKT #35

On this date came on to be considered the Emergency Motion for Leave to Withdraw Dkt #35 of Defendants SYSTEM CONTROLS AND INSTRUMENTATION, LTD., GARY STODDARD, LINDA STODDARD, and BOB KID. The Court, after considering the motion, finds good cause to withdraw Dkt #35, and finds that said motion should be and is hereby GRANTED.

Signed and Entered this _____ day of _____, 2012.

_____
**HARRY LEE HUDSPETH**
Senior United States District Judge