IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DAVID ANDRADE, Individually and on behalf of Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | No. SA-11-CA-620 |
| SYSTEM CONTROLS AND INSTRUMENTATION, LTD., GARY STODDARD, LINDA STODDARD, and BOB KID, | § § § § § § | |
| Defendants. | § | |

**ORDER REGARDING MOTION FOR LEAVE TO WITHDRAW**

Came on this day to be considered Defendants' emergency motion for leave to withdraw Defendants' Reply to Plaintiff's Response to Defendants' Motion for Summary Judgment Regarding Claims of Retaliation (Doc. 35). Defendants' seek to withdraw their reply because it was submitted without appropriate redactions. Having considered the motion, the Court finds that it should be granted.

It is therefore ORDERED that Defendants' motion for leave to withdraw be, and it is hereby, GRANTED.

SIGNED AND ENTERED THIS 23d day of January, 2012.

/s/ Harry Lee Hudspeth
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE