**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| DAVID ANDRADE, Individually and on behalf of Others Similarly Situated | § § § | |
| Plaintiff, | § | **CIVIL ACTION NO.** |
| | § | |
| VS. | § | |
| | § | 11-CV-00620-HLH |
| SYSTEM CONTROLS AND | § | |
| INSTRUMENTATION, LTD., | § | |
| GARY STODDARD, LINDA STODDARD, | § | |
| and BOB KID, | § | |
| Defendants. | § | |

**JOINT MOTION FOR CONTINUANCE OF TRIAL**

Now come Plaintiff, DAVID ANDRADE, and Defendants, SYSTEM CONTROLS AND INSTRUMENTATION, LTD., GARY STODDARD, LINDA STODDARD, and BOB KID, and file this joint motion to continue this action which is set for trail on September 10 at 1:00 PM. The parties request a continuance of this matter as parties have settled all claims and are finalizing the documents. Defendants' counsel has conferred with Plaintiff's counsel regarding this motion and it is unopposed and agrees with this motion. The Parties respectfully request the Court enter an order continuing the trail date for fifteen (15) days or what ever amount of time the court determines.

Respectfully, submitted,

| | |
|---|---|
| **GLENN LEVY LAW** | **GARDNER LAW** |
| 906 W. Basse Road, Suite 100 | 745 East Mulberry Avenue, Suite 500 |
| San Antonio, Texas 78212 | San Antonio, Texas  78212 |
| (210) 822-5666 – Telephone | (210) 733-8191 – Telephone |
| (210) 822-5650 – Facsimile | (210) 738-5538 – Facsimile |
| glenn@glennlevylaw.com – Email | wws@tglf.com, ehc@tglf.com – Email |
| | |
| By: ___/s/ Glenn D. Levy_____ | By: ___/s/ William W. Sommers_ |
| Glenn D. Levy | William W. Sommers |
| State Bar No. 12264925 | State Bar No. 18842600 |
| *ATTORNEY FOR PLAINTIFF* | Elizabeth H. Connally |
| | State Bar No. 24073635 |
| | *ATTORNEYS FOR DEFENDANTS* |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| DAVID ANDRADE, Individually and on behalf of Others Similarly Situated | § § § | |
| Plaintiff, | § | **CIVIL ACTION NO.** |
| | § | |
| VS. | § | |
| | § | 11-CV-00620-HLH |
| SYSTEM CONTROLS AND | § | |
| INSTRUMENTATION, LTD., | § | |
| GARY STODDARD, LINDA STODDARD, | § | |
| and BOB KID, | § | |
| Defendants. | § | |

**AGREED ORDER FOR CONTINUANCE OF TRIAL**

On the _____ day of September, 2012, this Court considered the parties' Joint Motion

For Continuance of Trial until September _____, 2012.  The Court GRANTS the motion.


_____

**HARRY LEE HUDSPETH**
**SENIOR UNITED STATES DISTRICT JUDGE**


**AGREED AND ENTRY REQUESTED:**

| | |
|---|---|
| **GLENN LEVY LAW** | **GARDNER LAW** |
| 906 W. Basse Road, Suite 100 | 745 East Mulberry Avenue, Suite 500 |
| San Antonio, Texas 78212 | San Antonio, Texas  78212 |
| (210) 822-5666 – Telephone | (210) 733-8191 – Telephone |
| (210) 822-5650 – Facsimile | (210) 738-5538 – Facsimile |
| glenn@glennlevylaw.com – Email | wws@tglf.com, ehc@tglf.com – Email/ |
| | |
| __/s/Glenn D. Levy_____ | /s/ William W. Sommers |
| **GLENN D. LEVY** | **WILLIAM W. SOMMERS** |
| State Bar No. 12264925 | State Bar No. 18842600 |
| *ATTORNEY FOR PLAINTIFFS* | **ELIZABETH H. CONNALLY** |
| | State Bar No. 24073635 |
| | *ATTORNEYS FOR DEFENDANTS* |